LAURA E. DUFFY
United States Attorney
ROBERT S. HUIE
Assistant U.S. Attorney
California State Bar No. 237374
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-7053/(619) 546-0450 (Fax)
Email: robert.huie@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Criminal Case No. 15MJ0325-KSC |
|---|---|
| Plaintiff, | |
| v. | NOTICE OF APPEARANCE |
| PAUL SIMPKINS, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Robert S. Huie | 237374 | (619) 546-7053 | Robert.Huie@usdoj.gov |
| Mark W. Pletcher | | (619) 546-9714 | mark.pletcher@usdoj.gov |

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

| <u>Name</u> | <u>Cal. Bar No.</u> | <u>Telephone No.</u> | <u>Email Address</u> |

None.

Please call me if you have any questions about this notice.

DATED: February 11, 2015.

Respectfully submitted,

LAURA E. DUFFY
United States Attorney

s/Robert S. Huie
ROBERT S. HUIE
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: robert.huie@usdoj.gov

2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 15MJ0325-KSC |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| PAUL SIMPKINS, | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Robert S. Huie, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of Government's Notice of Appearance by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Executed on February 11, 2015.

            s/Robert S. Huie
            ROBERT S. HUIE

3